# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ROSS, ALLYNE R. | U.S.D.C., EDNY | 04/06/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. DISTRICT COURT, EDNY
225 CADMAN PLAZA EAST
ROOM 915 SOUTH
BROOKLYN, NY 11201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/06/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1/1-12/31 | Trustee of WisdomTree Trust |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 | | | | | | | | | |
| 2. -Life Insurance Issued by Northwestern Mutual | B | Interest | L | U | | | | | |
| 3. Morgan Stanley Managed IRA #1 | | | | | | | | | |
| 4. -Cisco Systems | B | Dividend | K | T | | | | | |
| 5. -Transamerica Short-Term Bond Fund | A | Dividend | | | Sold | 07/16/15 | K | | |
| 6. -General Electric | B | Dividend | K | T | | | | | |
| 7. -American Express | A | Dividend | K | T | | | | | |
| 8. -Citigroup | A | Dividend | J | T | | | | | |
| 9. -Intel | A | Dividend | K | T | | | | | |
| 10. -Viacom | | None | | | Sold | 02/23/15 | J | C | |
| 11. -Powershares ETF Final PGFD Portofolio | B | Dividend | K | T | | | | | |
| 12. -Enterprise Prods Partners | B | Dividend | K | T | | | | | |
| 13. -Facebook | | None | | | Sold | 09/28/15 | K | D | |
| 14. -BlackRock Global Energy & Resources Trust | | None | J | T | | | | | |
| 15. -BlackRock Health Sciences Trust | B | Dividend | K | T | | | | | |
| 16. -Clearbridge Energy MLP | B | Dividend | J | T | | | | | |
| 17. -Fiduciary/Claymore MLP | C | Dividend | K | T | Buy (add'l) | 08/12/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/06/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Tekla Healthcare | | None | | | | | | | |
| 19. -Dow Chemical | A | Dividend | K | T | Sold (part) | 12/10/15 | J | C | |
| 20. -Conoco Phillips | A | Dividend | J | T | Buy | 07/01/15 | K | | |
| 21. -Cohen & Steers Infrastructure Fund | B | Dividend | K | T | | | | | |
| 22. -Kayne Anderson Energy Dev. Co. | B | Dividend | K | T | | | | | |
| 23. -Kayne Anderson MLP Inv. Co. | | None | K | T | Buy | 12/29/15 | | | |
| 24. -Bank of America | A | Dividend | K | T | | | | | |
| 25. -Bank of America preferred | B | Dividend | K | T | Buy | 03/11/15 | K | | |
| 26. -Bank of NY Mellon | | | | | Sold | 05/14/15 | K | B | |
| 27. -Bristol Myers Squibb | A | Dividend | | | Sold | 07/27/15 | K | | |
| 28. -Colgate Palmolive | A | Dividend | K | T | | | | | |
| 29. -CVS | A | Dividend | | | Sold | 06/08/15 | K | D | |
| 30. -HCP | A | Dividend | | | Sold | 06/08/15 | K | | |
| 31. -Hospitality PPTYS | A | Dividend | | | Sold | 06/05/15 | K | B | |
| 32. -Kinder Morgan | B | Dividend | | | Sold | 12/03/15 | K | | |
| 33. -Procter & Gamble | | None | | | Sold | 03/11/15 | K | B | |
| 34. -Softbank | A | Dividend | K | T | Buy (add'l) | 01/23/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Stratasys | | None | | | Sold | 03/31/15 | J | | |
| 36. -Deutsche Bank | | None | | | Redeemed | 02/20/15 | J | | |
| 37. -Medical Properties Tr. | A | Dividend | | | Sold | 08/12/15 | J | C | |
| 38. -Pepsico | A | Dividend | K | T | | | | | |
| 39. -Pfizer Inc. | A | Dividend | K | T | | | | | |
| 40. -Walgreen Boots Alliance | | | | | Sold | 03/06/15 | K | D | |
| 41. -Williams Partners | A | Dividend | | | Sold | 05/13/15 | K | A | |
| 42. -NY CMNTY CAPITAL Trust | B | Dividend | K | T | | | | | |
| 43. -SPDR S&P Biotech | | None | J | T | Buy | 03/27/15 | J | | |
| 44. -Glaxo Smithkline | A | Dividend | | | Buy | 06/16/15 | K | | |
| 45. -Glaxo Smithkline | | | | | Sold | 12/11/15 | K | | |
| 46. -Apple | A | Dividend | K | T | | | | | |
| 47. -Ares Commerical Real Estate | A | Dividend | K | T | Buy | 07/17/15 | K | | |
| 48. -Blackstone Group | B | Dividend | K | T | Buy | 10/07/15 | K | | |
| 49. -Costoco | A | Dividend | K | T | Buy | 10/14/15 | K | | |
| 50. -Eli Lilly | A | Dividend | K | T | Buy | 10/12/15 | K | | |
| 51. -Ford Motor | A | Dividend | K | T | Buy | 03/20/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/06/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -IBM | A | Dividend | K | T | Buy | 03/03/15 | K | | |
| 53. -KKR & Co. | A | Dividend | K | T | Buy | 04/14/15 | K | | |
| 54. -Medtronic | A | Dividend | K | T | Buy | 09/08/14 | K | | See Part VIII |
| 55. -Ship Finance Intl | A | Dividend | K | T | Buy | 11/30/15 | K | | |
| 56. -Starwood Property Trust | B | Dividend | K | T | Buy | 07/06/15 | K | | |
| 57. -Walmart Stores | | None | K | T | Buy | 12/29/15 | K | | |
| 58. -Barclays Bank | B | Dividend | K | T | Buy | 03/16/15 | K | | |
| 59. -HSBC Holdings | A | Dividend | K | T | Buy | 03/18/15 | K | | |
| 60. -Keycorp | | None | K | T | Buy | 03/03/15 | K | | |
| 61. -Keycorp | | | | | Buy | 03/04/15 | K | | |
| 62. -Eaton Vance Tax Mgd | A | Dividend | K | T | Buy | 10/09/15 | K | | |
| 63. -ishares Nasdaq Biotech ETF | | None | J | T | Buy | 03/11/15 | J | | |
| 64. -ishares Nasdaq Biotech ETF | | | | | Sold (part) | 03/25/15 | J | A | |
| 65. Morgan Stanley Managed IRA #2 | | | | | | | | | |
| 66. -Dominion Resources | A | Dividend | J | T | | | | | |
| 67. -Johnson & Johnson | A | Dividend | | | Sold | 05/14/15 | J | C | |
| 68. -Citibank Account | | None | | | Closed | 01/02/15 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/06/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Morgan Stanley Bank Account | A | Interest | J | T | Open | 01/02/15 | | | |
| 70. -Keycorp Preferred | A | Dividend | J | T | | | | | |
| 71. -Morgan Stanley Capital Tr. | A | Interest | | | Redeemed | 05/12/15 | J | B | |
| 72. -Annaly Capital Mgt. | A | Dividend | | | Sold | 05/14/15 | J | | |
| 73. -Kayne Anderson Energy | A | Dividend | J | T | | | | | |
| 74. -Cohen & Steers Infrastructure Fund | A | Dividend | J | T | | | | | |
| 75. -Power Shares | A | Dividend | J | T | | | | | |
| 76. -Brisol Myers Squibb | A | Dividend | J | T | | | | | |
| 77. -Caterpillar | A | Dividend | J | T | | | | | |
| 78. -Spyglass Resources | | None | | | Sold | 05/14/15 | J | | |
| 79. -Freeport McMoran Copper & Gold | A | Dividend | J | T | | | | | |
| 80. -Merck | A | Dividend | J | T | | | | | |
| 81. -Clorox | A | Dividend | J | T | | | | | |
| 82. -Colgate Palmolive | A | Dividend | J | T | | | | | |
| 83. -Teva Pharmaceuticals | A | Dividend | J | T | | | | | |
| 84. -General Electric | A | Dividend | J | T | Buy | 05/14/15 | J | | |
| 85. -Kinder Morgan | A | Dividend | J | T | Buy | 05/14/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Tekla Healthcare | | None | J | T | Buy | 05/14/15 | J | | |
| 87. IRA #3 (Fidelity) | E | Dividend | P1 | U | | | | | |
| 88. -Spartan Small Cap Index Fund | D | Dividend | O | U | | | | | |
| 89. -Spartan Extended Market Index Fund | D | Dividend | O | U | | | | | |
| 90. IRA #4 (Fidelity) | | | | | | | | | |
| 91. -WisdomTree International Basic Materials ETF | | None | K | T | Buy | 08/24/15 | L | | |
| 92. Citibank Accounts | A | Interest | M | T | | | | | |
| 93. S&P Variable Participation Note | | None | | | Redeemed | 03/09/15 | N | G | |
| 94. Vanguard Ltd-Term Tax-Exempt Fund | D | Dividend | O | U | Redeemed (part) | 04/13/15 | L | | |
| 95. Vanguard Ltd-Term Tax-Exempt Fund | | | | | Redeemed (part) | 06/11/15 | M | | |
| 96. Vanguard Ltd-Term Tax- Exempt Fund | | | | | Buy (add'l) | 08/06/15 | L | | |
| 97. Vanguard Ltd-Term Tax-Exempt Fund | | | | | Redeemed (part) | 08/24/15 | K | | |
| 98. Vanguard Ltd-Term Tax-Exempt Fund | | | | | Redeemed (part) | 08/26/15 | K | | |
| 99. Vanguard Ltd-Term Tax-Exempt Fund | | | | | Buy (add'l) | 12/23/15 | N | | |
| 100. Vanguard Emerging Markets Index Fund | D | Dividend | N | U | Redeemed (part) | 01/08/15 | L | | |
| 101. Vanguard Mid-Cap Index Fund | E | Dividend | P1 | U | | | | | |
| 102. Vanguard High-Yield Tax-Exempt Fund | D | Dividend | N | U | Redeemed (part) | 12/16/15 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/06/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Vanguard European Stock Index Fund | D | Dividend | N | U | | | | | |
| 104. Vanguard Global Real Estate Fund | B | Dividend | L | U | | | | | |
| 105. Wisdom Tree U.S. Small Cap. Div. Growth ETF | A | Dividend | K | T | Buy | 07/14/15 | L | | |
| 106. Wisdom Tree Global ex-US Quality Dividend | A | Dividend | K | T | Buy | 07/14/15 | L | | |
| 107. Target | | None | | | Sold | 01/12/15 | K | D | |
| 108. General American Investors | D | Dividend | M | T | | | | | |
| 109. Dodge & Cox Global Stock Fund | D | Dividend | M | U | | | | | |
| 110. Dodge & Cox Stock Fund | | | | | Buy | 01/09/15 | L | | |
| 111. Dodge & Cox Stock Fund | | | | | Buy | 01/16/15 | M | | |
| 112. Dodge & Cox Stock Fund | B | Dividend | | | Redeemed | 12/16/15 | L | | |
| 113. WFG-WPX Partners LLC | F | Distribution | N | W | | | | | |
| 114. WisdomTree Commodity Country ETF | C | Dividend | K | T | | | | | |
| 115. Wisdom Tree Managed Futures ETF | | None | L | T | | | | | |
| 116. Telecom Italia | A | Dividend | J | T | Buy (add'l) | 01/23/15 | J | | |
| 117. Turkiye Guarantee Bank | | None | | | Sold (part) | 01/07/15 | J | A | |
| 118. Turkiye Guarantee Bank | | | | | Sold | 02/10/15 | J | | |
| 119. Tyco Intl | | None | J | T | Sold (part) | 12/09/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Tyco Intl | | | | | Sold (part) | 12/29/15 | J | | |
| 121. Union Pacific | A | Dividend | J | T | Sold (part) | 01/14/15 | J | A | |
| 122. Union Pacific | | | | | Sold (part) | 10/12/15 | J | | |
| 123. Cerner | | None | K | T | Sold (part) | 11/05/15 | J | A | |
| 124. American Tower Corp.REIT | A | Dividend | K | T | Buy (add'l) | 02/17/15 | J | | |
| 125. American Tower Corp. REIT | | | | | Sold (part) | 03/07/15 | J | A | |
| 126. American Tower Corp. REIT | | | | | Buy (add'l) | 03/25/15 | J | | |
| 127. American Tower Corp. REIT | | | | | Buy (add'l) | 05/28/15 | J | | |
| 128. American Tower Corp. REIT | | | | | Sold (part) | 11/05/15 | J | B | |
| 129. Facebook | | None | K | T | Buy (add'l) | 01/20/15 | J | | |
| 130. Facebook | | | | | Buy (add'l) | 02/02/15 | J | | |
| 131. Facebook | | | | | Buy (add'l) | 02/13/15 | J | | |
| 132. Facebook | | | | | Buy (add'l) | 02/24/15 | J | | |
| 133. Facebook | | | | | Sold (part) | 10/08/15 | J | A | |
| 134. Facebook | | | | | Sold (part) | 10/28/15 | J | A | |
| 135. Industrial & Commercial Bank China | A | Dividend | J | T | Buy (add'l) | 11/10/15 | J | | |
| 136. Industrial & Commercial Bank China | | | | | Sold (part) | 12/11/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  ARM Holdings | A | Dividend | | | Sold (part) | 02/26/15 | J | A | |
| 138.  ARM Holdings | | | | | Sold (part) | 10/08/15 | J | | |
| 139.  ARM Holdings | | | | | Sold | 12/28/15 | K | | |
| 140.  Intesa San Paolo | A | Dividend | J | T | Buy (add'l) | 02/13/15 | J | | |
| 141.  Intesa San Paola | | | | | Sold (part) | 11/10/15 | J | | |
| 142.  Intesa San Paolo | | | | | Buy (add'l) | 12/11/15 | | | |
| 143.  Astrazeneca | A | Dividend | J | T | Sold (part) | 04/28/15 | J | | |
| 144.  Astrazeneca | | | | | Sold | 05/15/15 | J | A | |
| 145.  Astrazeneca | | | | | Buy | 08/19/15 | J | | |
| 146.  Astrazenca | | | | | Buy (add'l) | 09/22/15 | J | | |
| 147.  Astrazenca | | | | | Buy (add'l) | 10/09/15 | J | | |
| 148.  Astrazenca | | | | | Sold (part) | 10/23/15 | J | A | |
| 149.  Astrazenca | | | | | Sold (part) | 11/10/15 | J | | |
| 150.  Astrazenca | | | | | Buy (add'l) | 12/11/15 | J | | |
| 151.  Astrazeneca | | | | | Sold (part) | 12/28/15 | K | | |
| 152.  AthenaHealth | | None | K | T | Sold (part) | 10/08/15 | J | | |
| 153.  Biomarin Pharmaceutical | | None | J | T | Sold (part) | 01/26/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Biomarin Pharmaceutical | | | | | Sold (part) | 03/13/15 | J | B | |
| 155. Biomarin Pharmaceutical | | | | | Sold (part) | 05/27/15 | J | B | |
| 156. Biomarin Pharmaceutical | | | | | Sold (part) | 06/18/15 | J | A | |
| 157. Biomarin Pharmaceutical | | | | | Sold (part) | 07/22/15 | J | A | |
| 158. Biomarin Pharmaceutical | | | | | Sold (part) | 10/08/15 | J | B | |
| 159. Alexion Pharmaceuticals | | None | K | T | Buy (add'l) | 02/24/15 | J | | |
| 160. Alexion Pharmaceuticals | | | | | Buy (add'l) | 04/01/15 | J | | |
| 161. Alexion Pharmaceuticals | | | | | Buy (add'l) | 09/21/15 | J | | |
| 162. Alexion Pharmaceuticals | | | | | Buy (add'l) | 09/28/15 | J | | |
| 163. Alexion Pharmaceuticals | | | | | Sold (part) | 10/08/15 | J | | |
| 164. Alexion Pharmaceuticals | | | | | Sold (part) | 11/09/15 | J | | |
| 165. Alexion Pharmaceuticals | | | | | Buy (add'l) | 12/10/15 | J | | |
| 166. Celgene Corp. | | None | K | T | | | J | | |
| 167. E ON | | None | | | Sold | 02/10/15 | J | | |
| 168. Marathon Oil | A | Dividend | | | Sold | 12/09/15 | J | | |
| 169. Marathon Petroleum | A | Dividend | J | T | Buy (add'l) | 05/29/15 | J | | |
| 170. Marathon Petroleum | | | | | Buy (add'l) | 10/12/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Marathon Petroleum | | | | | Sold (part) | 12/02/15 | J | B | |
| 172. Lockheed Martin | A | Dividend | J | T | Buy (add'l) | 01/31/15 | J | | |
| 173. Lockheed Martin | | | | | Buy (add'l) | 02/05/15 | J | | |
| 174. Lockheed Martin | | | | | Buy (add'l) | 10/12/15 | J | | |
| 175. Lockheed Martin | | | | | Sold (part) | 10/15/15 | J | A | |
| 176. Lockheed Martin | | | | | Sold (part) | 12/17/15 | J | A | |
| 177. Kroger | A | Dividend | J | T | Buy (add'l) | 05/27/15 | J | | |
| 178. Kroger | | | | | Buy (add'l) | 10/12/15 | J | | |
| 179. Morgan Stanley | A | Dividend | J | T | Buy (add'l) | 10/12/15 | J | | |
| 180. Morgan Stanley | | | | | Sold (part) | 12/09/15 | J | | |
| 181. Morgan Stanley | | | | | Sold (part) | 12/29/15 | J | | |
| 182. Raytheon | A | Dividend | K | T | Sold (part) | 08/07/15 | J | B | |
| 183. Raytheon | | | | | Buy (add'l) | 10/12/15 | J | | |
| 184. Raytheon | | | | | Sold (part) | 10/29/15 | J | B | |
| 185. Raytheon | | | | | Sold (part) | 11/17/15 | J | B | |
| 186. Publicis Groupe | A | Dividend | | | Sold (part) | 03/26/15 | J | | |
| 187. Publicis Groupe | | | | | Sold (part) | 06/01/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Publicis Groupe | | | | | Sold | 09/03/15 | J | | |
| 189. Allergan | A | Dividend | J | T | Sold (part) | 03/17/15 | K | D | |
| 190. Allergan | | | | | Buy (add'l) | 03/19/15 | J | | |
| 191. Allergan | | | | | Buy (add'l) | 09/28/15 | J | | |
| 192. Allergan | | | | | Buy (add'l) | 10/21/15 | J | | |
| 193. Citigroup | A | Dividend | K | T | Buy (add'l) | 04/01/15 | J | | |
| 194. Citigroup | | | | | Buy (add'l) | 10/12/15 | J | | |
| 195. Citigroup | | | | | Sold (part) | 12/09/15 | J | | |
| 196. Infosys | A | None | | | Sold | 05/29/15 | J | A | |
| 197. Norsk Hydro | A | Dividend | J | T | Sold (part) | 11/10/15 | J | | |
| 198. Norsk Hydro | | | | | Buy (add'l) | 12/11/15 | J | | |
| 199. Ryanair | A | Dividend | J | T | | | | | |
| 200. Wolseley | A | Dividend | J | T | Buy (add'l) | 09/29/15 | J | | |
| 201. Wolseley | | | | | Sold (part) | 11/10/15 | J | | |
| 202. Wolseley | | | | | Buy (add'l) | 12/11/15 | J | | |
| 203. Wolseley | | | | | Sold (part) | 12/31/15 | J | | |
| 204. Zurich Insurance | | None | | | Sold (part) | 01/15/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/06/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Zurich Insurance | | | | | Sold (part) | 02/13/15 | J | A | |
| 206. Zurich Insurance | | | | | Sold (part) | 02/19/15 | J | A | |
| 207. Zurich Insurance | | | | | Sold (part) | 02/23/15 | J | A | |
| 208. Zurich Insurance | | | | | Sold (part) | 02/27/15 | J | A | |
| 209. Zurich Insurance | | | | | Sold (part) | 07/28/15 | J | | |
| 210. Zurich Insurance | | | | | Sold (part) | 08/05/15 | J | | |
| 211. Zurich Insurance | | | | | Sold (part) | 08/13/15 | J | | |
| 212. Zurich Insusrance | | | | | Sold | 08/20/15 | J | | |
| 213. Dow Chemical | A | Dividend | J | T | Buy (add'l) | 10/29/15 | J | | |
| 214. Duke Energy | | None | | | Sold | 01/14/15 | J | B | |
| 215. Costco Wholesale | A | Dividend | J | T | Sold (part) | 10/08/15 | J | A | |
| 216. CME Group | A | Dividend | J | T | | | J | | |
| 217. Chipotle | | None | J | T | Buy (add'l) | 04/01/15 | J | | |
| 218. Chipotle | | | | | Sold (part) | 04/15/15 | J | B | |
| 219. Chipotle | | | | | Sold (part) | 04/21/15 | J | A | |
| 220. Chipotle | | | | | Buy (add'l) | 05/28/15 | J | | |
| 221. Chipotle | | | | | Buy (add'l) | 12/10/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. American International Group | A | Dividend | J | T | Buy | 02/17/15 | J | | |
| 223. American International Group | | | | | Buy (add'l) | 06/02/15 | J | | |
| 224. American International Group | | | | | Buy (add'l) | 06/15/15 | J | | |
| 225. American International Group | | | | | Buy (add'l) | 10/12/15 | J | | |
| 226. Anthem Inc. | A | Dividend | J | T | Buy | 01/14/15 | J | | |
| 227. Anthem Inc. | | | | | Buy (add'l) | 10/12/15 | J | | |
| 228. Anheuser Busch | | None | J | T | Buy | 11/08/15 | J | | |
| 229. Banco Bilbao Vizcayo Argenteria | A | Dividend | | | Buy | 01/06/15 | J | | |
| 230. Banco Bilbao Vizcayo Argenteria | | | | | Buy (add'l) | 02/05/15 | J | | |
| 231. Banco Bilbao Vizcayo Argenteria | | | | | Buy (add'l) | 02/27/15 | J | | |
| 232. Banco Bilbao Vizcayo Argenteria | | | | | Sold | 05/05/15 | J | A | |
| 233. BAE Systems | A | Dividend | | | Buy | 01/14/15 | J | | |
| 234. BAE Systems | | | | | Buy (add'l) | 01/21/15 | | | |
| 235. BAE Systems | | | | | Buy (add'l) | 02/25/15 | J | | |
| 236. BAE Systems | | | | | Sold (part) | 06/18/15 | J | | |
| 237. BAE Systems | | | | | Sold (part) | 06/30/15 | J | | |
| 238. BAE Systems | | | | | Sold | 08/04/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. BMW | | None | J | T | Buy | 11/30/15 | J | | |
| 240. BMW | | | | | Buy (add'l) | 12/10/15 | J | | |
| 241. International Paper | A | Dividend | | | Buy (add'l) | 10/12/15 | J | | |
| 242. International Paper | | | | | Sold (part) | 12/09/15 | J | | |
| 243. International Paper | | | | | Sold | 12/29/15 | J | | |
| 244. KDDI Corp | | None | | | Sold (part) | 02/05/15 | J | A | |
| 245. KDDI Corp | | | | | Sold | 02/12/15 | J | A | |
| 246. Mead Johnson | A | Dividend | J | T | Buy (add'l) | 07/05/15 | J | | |
| 247. Mead Johnson | | | | | Buy (add'l) | 07/23/15 | J | | |
| 248. Mead Johnson | | | | | Sold (part) | 10/08/15 | J | | |
| 249. Mead Johnson | | | | | Sold (part) | 10/28/15 | J | | |
| 250. Mead Johnson | | | | | Sold (part) | 10/29/15 | J | A | |
| 251. Mead Johnson | | | | | Sold (part) | 11/09/15 | | | |
| 252. Mead Johnson | | | | | Buy (add'l) | 12/10/15 | J | C | |
| 253. Equinix Inc. | B | Dividend | K | T | Sold (part) | 11/05/15 | J | A | |
| 254. Fastenal | A | Dividend | | | Sold (part) | 02/11/15 | J | | |
| 255. Fastenal | | | | | Sold | 02/12/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. MetLife | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |
| 257. MetLife | | | | | Buy (add'l) | 10/12/15 | J | | |
| 258. MetLife | | | | | Sold (part) | 12/09/15 | J | | |
| 259. Occidental Petroleum | A | Dividend | J | T | Buy (add'l) | 01/26/15 | J | | |
| 260. Occidental Petroleum | | | | | Buy (add'l) | 10/12/15 | J | | |
| 261. Occidental Petroleum | | | | | Buy (add'l) | 12/02/15 | J | | |
| 262. Occidental Petroleum | | | | | Sold (part) | 12/29/15 | K | | |
| 263. Starbucks | A | Dividend | K | T | Buy (add'l) | 01/20/15 | J | | |
| 264. Starbucks | | | | | Sold (part) | 06/18/15 | J | C | |
| 265. Starbucks | | | | | Sold (part) | 07/23/15 | J | A | |
| 266. Starbucks | | | | | Sold (part) | 10/08/15 | J | C | |
| 267. Starbucks | | | | | Sold (part) | 10/29/15 | J | C | |
| 268. Motorola Solutions | A | Dividend | J | T | | | | | |
| 269. Intel | A | Dividend | K | T | Buy (add'l) | 07/20/15 | J | | |
| 270. Intel | | | | | Buy (add'l) | 10/12/15 | J | | |
| 271. Microsoft | A | Dividend | K | T | Buy (add'l) | 02/17/15 | J | | |
| 272. Microsoft | | | | | Sold (part) | 05/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/06/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Microsolf | | | | | Buy (add'l) | 10/12/15 | J | | |
| 274. ServiceNow | | None | K | T | Sold (part) | 10/08/15 | J | A | |
| 275. ServiceNow | | | | | Sold (part) | 11/30/15 | J | A | |
| 276. European Aeronaut | | None | J | T | Buy (add'l) | 01/23/15 | J | | |
| 277. European Aeronaut | | | | | Sold (part) | 06/18/15 | J | A | |
| 278. European Aeronaut | | | | | Buy (add'l) | 12/01/15 | J | | |
| 279. European Aeronaut | | | | | Sold (part) | 12/31/15 | J | | |
| 280. Procter & Gamble | A | Dividend | J | T | Buy (add'l) | 10/12/15 | J | | |
| 281. Proctor & Gamble | | | | | Sold (part) | 12/09/15 | J | | |
| 282. Hitachi | A | Dividend | | | Sold (part) | 02/12/15 | J | A | |
| 283. Hitachi | | | | | Sold (part) | 03/11/15 | J | A | |
| 284. Hitachi | | | | | Sold (part) | 05/22/15 | J | A | |
| 285. Hitachi | | | | | Sold | 09/11/15 | J | | |
| 286. Novartis | A | Dividend | J | T | Buy (add'l) | 02/09/15 | J | | |
| 287. Norvartis | | | | | Buy (add'l) | 03/25/15 | J | | |
| 288. Norvartis | | | | | Buy (add'l) | 04/21/15 | J | | |
| 289. Norvartis | | | | | Buy (add'l) | 04/28/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/06/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Norvartis | | | | | Buy (add'l) | 05/15/15 | J | | |
| 291. Norvartis | | | | | Buy (add'l) | 06/08/15 | J | | |
| 292. Norvartis | | | | | Buy (add'l) | 06/25/15 | J | | |
| 293. Novartis | | | | | Buy (add'l) | 07/22/15 | J | | |
| 294. Norvartis | | | | | Sold (part) | 10/08/15 | J | | |
| 295. Norvartis | | | | | Sold (part) | 10/13/15 | J | | |
| 296. Norvartis | | | | | Sold (part) | 11/10/15 | J | | |
| 297. Norvartis | | | | | Sold (part) | 12/10/15 | J | | |
| 298. Oceaneering Intl. | None | | | | Buy | 01/20/15 | J | | |
| 299. Oceaneering Intl. | | | | | Sold (part) | 02/13/15 | J | | |
| 300. Oceaneeing Intl. | | | | | Sold | 02/17/15 | J | | |
| 301. Priceline | None | K | T | | Buy (add'l) | 01/20/15 | J | | |
| 302. Priceline | | | | | Buy (add'l) | 01/23/15 | J | | |
| 303. Priceline | | | | | Buy (add'l) | 02/02/15 | J | | |
| 304. Priceline | | | | | Buy (add'l) | 03/25/15 | J | | |
| 305. Priceline | | | | | Sold (part) | 05/05/15 | J | A | |
| 306. Priceline | | | | | Sold (part) | 05/06/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Priceline | | | | | Sold (part) | 10/08/15 | J | B | |
| 308. Priceline | | | | | Sold (part) | 11/06/15 | J | B | |
| 309. Publicis Groupe | A | Dividend | J | T | Buy (add'l) | 01/23/15 | J | | |
| 310. Publicis Groupe | | | | | Sold (part) | 03/26/15 | J | | |
| 311. Publicis Groupe | | | | | Sold | 09/03/15 | J | | |
| 312. Sony Corp. | A | Dividend | J | T | Buy (add'l) | 01/23/15 | J | | |
| 313. Sony Corp. | | | | | Sold (part) | 05/21/15 | J | A | |
| 314. Sony Corp. | | | | | Buy (add'l) | 10/15/15 | J | | |
| 315. Shire PLC | A | Dividend | J | T | Buy (add'l) | 04/28/15 | J | | |
| 316. Shire PLC | | | | | Buy (add'l) | 08/24/15 | J | | |
| 317. Shire PLC | | | | | Sold (part) | 11/10/15 | J | | |
| 318. Shire PLC | | | | | Sold (part) | 12/10/15 | J | | |
| 319. Schwab Charles | A | Dividend | J | T | Sold (part) | 10/08/15 | J | A | |
| 320. Seven & I Holdings | A | Dividend | J | T | Sold (part) | 06/01/15 | J | A | |
| 321. Splunk Inc. | | None | K | T | Buy (add'l) | 01/20/15 | J | | |
| 322. Splunk Inc. | | | | | Buy (add'l) | 08/28/15 | J | | |
| 323. Splunk Inc. | | | | | Buy (add'l) | 09/28/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Splunk Inc. | | | | | Sold (part) | 10/08/15 | J | A | |
| 325. Splunk Inc. | | | | | Sold (part) | 11/09/15 | J | | |
| 326. Splunk Inc. | | | | | Buy (add'l) | 12/10/15 | J | | |
| 327. Splunk Inc. | | | | | Buy (add'l) | 12/21/15 | J | | |
| 328. SunTrust Banks | A | Dividend | K | T | Buy (add'l) | 10/12/15 | J | | |
| 329. Tiffany | A | Dividend | | | Sold (part) | 10/08/15 | J | A | |
| 330. Tiffany | | | | | Sold (part) | 11/09/15 | J | | |
| 331. Tiffany | | | | | Sold | 12/10/15 | J | | |
| 332. Chevron | A | Dividend | J | T | Sold (part) | 01/15/15 | J | A | |
| 333. Chevron | | | | | Sold (part) | 03/05/15 | J | A | |
| 334. Chevron | | | | | Sold (part) | 07/24/15 | J | | |
| 335. Chevron | | | | | Buy (add'l) | 09/17/15 | J | | |
| 336. Chevron | | | | | Buy (add'l) | 09/23/15 | J | | |
| 337. Chevron | | | | | Buy (add'l) | 10/12/15 | J | | |
| 338. Chevron | | | | | Sold (part) | 12/09/15 | J | | |
| 339. Home Depot | A | Dividend | K | T | Sold (part) | 02/17/15 | J | A | |
| 340. Home Depot | | | | | Buy (add'l) | 09/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Home Depot | | | | | Buy (add'l) | 09/23/15 | J | | |
| 342. J.P. Morgan Chase | A | Dividend | K | T | Buy (add'l) | 05/27/15 | J | | |
| 343. J.P. Morgan Chase | | | | | Buy (add'l) | 10/12/15 | J | | |
| 344. Johnson Controls | A | Dividend | | | Sold (part) | 02/05/15 | J | A | |
| 345. Johnson Controls | | | | | Sold | 02/06/15 | J | A | |
| 346. Google/Alphabet | | None | K | T | Buy (add'l) | 01/20/15 | K | | See Part VIII |
| 347. Comcast | | | J | T | Sold (part) | 05/29/15 | J | C | |
| 348. Comcast | | | | | Sold (part) | 06/15/15 | J | B | |
| 349. Comcast | | | | | Buy (add'l) | 10/12/15 | J | | |
| 350. ENI SPA | | | | | | | | | See Part VIII |
| 351. Goldman Sachs | A | Dividend | J | T | Buy (add'l) | 04/01/15 | J | | |
| 352. Goldman Sachs | | | | | Buy (add'l) | 10/12/15 | J | | |
| 353. Goldman Sachs | | | | | Sold (part) | 12/09/15 | J | | |
| 354. Societe Generale France | A | Dividend | J | T | Buy | 02/26/15 | J | | |
| 355. Societe Generale France | | | | | Buy (add'l) | 10/23/15 | J | | |
| 356. Toyota | A | Dividend | K | T | Buy (add'l) | 01/20/15 | J | | |
| 357. Toyota | | | | | Sold (part) | 03/06/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Toyota | | | | | Sold (part) | 06/08/15 | J | A | |
| 359. Toyota | | | | | Buy (add'l) | 08/24/15 | J | | |
| 360. Toyota | | | | | Sold (part) | 11/04/15 | J | A | |
| 361. United Parcel Service | A | Dividend | J | T | Buy (add'l) | 10/12/15 | J | | |
| 362. United Parcel Service | | | | | Sold (part) | 12/29/15 | J | | |
| 363. Schlumberger | A | Dividend | J | T | Buy (add'l) | 01/26/15 | J | | |
| 364. Schlumberger | | | | | Sold (part) | 10/06/15 | J | | |
| 365. Schlumberger | | | | | Buy (add'l) | 10/12/15 | J | | |
| 366. Schlumberger | | | | | Sold (part) | 12/09/15 | J | | |
| 367. US Bancorp | A | Dividend | J | T | Buy (add'l) | 10/12/15 | J | | |
| 368. Visa Inc. | A | Dividend | K | T | Sold (part) | 11/05/15 | J | C | |
| 369. Access Midstream Partners LP | | None | | | Merged (with line 401) | 02/02/15 | J | | |
| 370. Amerigas Partners | A | Distribution | J | T | Buy (add'l) | 03/24/15 | J | | |
| 371. Enbridge Energy Partners | B | Distribution | J | T | Buy (add'l) | 03/27/15 | J | | |
| 372. Energy Transfer Partners | C | Distribution | K | T | Buy (add'l) | 03/24/15 | J | | |
| 373. Energy Transfer Equity | C | Distribution | K | T | Buy (add'l) | 03/24/15 | J | | |
| 374. Energy Transfer Equity | C | | | | Sold (part) | 03/26/15 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Energy Transfer Equity | | | | | Sold (part) | 04/09/15 | J | A | |
| 376. Enlink Midstream Ream Partners | B | Distribution | J | T | Buy (add'l) | 03/24/15 | J | | |
| 377. Enlink Midstream Ream Partners | | | | | Buy (add'l) | 03/26/15 | J | | |
| 378. Enterprise Products Partners | C | Distribution | L | T | Sold (part) | 02/26/15 | J | A | |
| 379. Enterprise Products Partners | | | | | Buy (add'l) | 03/24/15 | J | | |
| 380. EQT Midstream Partners | A | Distribution | K | T | Buy (add'l) | 03/24/15 | J | | |
| 381. EQT Midstream Partners | | | | | Buy (add'l) | 11/10/15 | J | | |
| 382. EV Energy Partners | | None | | | Sold | 02/11/15 | J | | |
| 383. Genesis Energy LP | B | Distribution | K | T | Buy (add'l) | 03/24/15 | J | | |
| 384. Genesis Energy LP | | | | | Buy (add'l) | 11/20/15 | J | | |
| 385. Plains All American Pipeline LP | B | Distribution | K | T | Buy (add'l) | 02/26/15 | J | | |
| 386. Plains All American Pipeline LP | | | | | Buy (add'l) | 03/24/15 | J | | |
| 387. Shell Midstream Partners LP | | None | J | T | Buy | 12/18/15 | | | |
| 388. General Electric | A | Dividend | K | T | Buy (add'l) | 01/26/15 | J | | |
| 389. General Electric | | | | | Buy (add'l) | 08/27/15 | J | | |
| 390. General Electric | | | | | Buy (add'l) | 10/12/15 | | | |
| 391. Travelers Cos. | A | Dividend | J | T | Sold (part) | 09/23/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. Travelers Cos. | | | | | Buy (add'l) | 10/12/15 | J | | |
| 393. Travelers Cos. | | | | | Sold (part) | 10/29/15 | J | B | |
| 394. Kinder Morgan Energy LP | | | | | Sold | 11/18/14 | J | A | See Part VIII |
| 395. Magellan Mainstream Partners LP | B | Distribution | K | T | Buy (add'l) | 03/24/15 | K | | |
| 396. Markwest Energy Partners LP | B | Distribution | | | Sold | 12/04/15 | J | | |
| 397. Oneok Partners LP | B | Distribution | J | T | Buy (add'l) | 03/24/15 | J | | |
| 398. Regency Energy Partners LP | | None | | | Merged (with line 372) | 05/01/15 | J | | |
| 399. Targa Res Partners LP | A | Distribution | | | Sold (part) | 12/16/15 | J | | |
| 400. Targa Res Partners LP | | | | | Sold | 12/22/15 | J | | |
| 401. Williams Partners LP | B | Distribution | J | T | Buy (add'l) | 03/24/15 | J | | |
| 402. Williams Partners LP | | | | | Sold (part) | 12/16/15 | J | | |
| 403. Williams Partners LP | | | | | Sold (part) | 12/22/15 | J | | |
| 404. Amazon.com | | None | | | Buy | 01/20/15 | J | | |
| 405. Amazon.com | | | | | Sold (part) | 10/08/15 | J | B | |
| 406. Northrup Grumman | A | Dividend | J | T | Buy (add'l) | 10/12/15 | J | | |
| 407. Northrup Grumman | | | | | Sold (part) | 10/15/15 | J | B | |
| 408. Pfizer | A | Dividend | K | T | Buy (add'l) | 09/10/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409.  Pfizer | | | | | Buy (add'l) | 10/12/15 | J | | |
| 410.  Pfizer | | | | | Sold (part) | 12/19/15 | J | | |
| 411.  Vodafone | A | Dividend | J | T | Sold (part) | 02/25/15 | J | A | |
| 412.  Vodafone | | | | | Sold (part) | 11/10/15 | J | | |
| 413.  Vodafone | | | | | Sold (part) | 12/10/15 | J | | |
| 414.  Wells Fargo | A | Dividend | K | T | Buy (add'l) | 05/27/15 | J | | |
| 415.  Wells Fargo | | | | | Buy (add'l) | 10/12/15 | J | | |
| 416.  Honeywell International | A | Dividend | J | T | Buy (add'l) | 05/22/15 | J | | |
| 417.  Honeywell International | | | | | Buy (add'l) | 10/12/15 | J | | |
| 418.  Mitsubishi UFJ Financial | A | Dividend | K | T | Buy | 01/23/15 | J | | |
| 419.  Mitsubishi UFJ Financial | | | | | Sold (part) | 03/06/15 | J | A | |
| 420.  Mitsubishi UFJ Financial | | | | | Sold (part) | 06/05/15 | J | A | |
| 421.  Mondelez Intl | A | Dividend | J | T | Sold (part) | 09/02/15 | J | A | |
| 422.  General Mills | A | Dividend | | | Sold | 01/14/15 | J | B | |
| 423.  Fifth Third Bancorp | A | Dividend | | | Sold | 06/11/15 | J | B | |
| 424.  Johnson & Johnson | A | Dividend | J | T | | | | | |
| 425.  Trishield Special Situations Fund | | None | P1 | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/06/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. Abbott Labs | A | Dividend | J | T | | | | | |
| 427. Abbvie | A | Dividend | J | T | | | | | |
| 428. Ace Ltd. | | None | K | T | Sold (part) | 10/08/15 | J | B | |
| 429. Ace Ltd. | | | | | Sold (part) | 10/29/15 | J | A | |
| 430. Ace Ltd. | | | | | Sold (part) | 12/02/15 | J | A | |
| 431. Chubb Corp. | A | Dividend | | | Sold (part) | 02/17/15 | J | A | |
| 432. Chubb Corp. | | | | | Sold (part) | 06/16/15 | J | C | |
| 433. Chubb Corp. | | | | | Sold | 06/17/15 | J | A | |
| 434. Diageo PLC | A | Dividend | J | T | Buy | 03/10/15 | J | | |
| 435. Diageo PLC | | | | | Sold (part) | 05/27/15 | J | A | |
| 436. Dollar General | A | Dividend | J | T | Buy | 04/29/15 | J | | |
| 437. Dollar General | A | Dividend | J | T | Buy (add'l) | 05/27/15 | J | | |
| 438. Dollar General | | | | | Buy (add'l) | 10/12/15 | J | | |
| 439. Dollar General | | | | | Buy (add'l) | 10/29/15 | J | | |
| 440. Dollar General | | | | | Sold (part) | 12/09/15 | J | | |
| 441. DBS Group | A | Dividend | | | Buy | 01/09/15 | J | | |
| 442. DBS Group | | | | | Buy (add'l) | 01/13/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. DBS Group | | | | | Buy (add'l) | 06/05/15 | J | | |
| 444. DBS Group | | | | | Sold (part) | 09/29/15 | J | | |
| 445. DBS Group | | | | | Sold | 10/30/15 | J | | |
| 446. Arcelormittal | | None | J | T | Buy | 12/11/15 | J | | |
| 447. Deutsche Bank | | None | | | Buy | 06/08/15 | J | | |
| 448. Deutsche Bank | | | | | Buy (add'l) | 06/25/15 | J | | |
| 449. Deutsche Bank | | | | | Sold | 11/10/15 | J | | |
| 450. Credit Suisse | A | Dividend | | | Buy | 3/10/15 | J | | |
| 451. Credit Suisse | | | | | Buy (add'l) | 05/21/15 | J | | |
| 452. Credit Suisse | | | | | Buy (add'l) | 05/28/15 | | | |
| 453. Credit Suisse | | | | | Sold (part) | 10/23/15 | J | | |
| 454. Credit Suisse | | | | | Sold (part) | 11/10/15 | J | | |
| 455. Credit Suisse | | | | | Sold | 12/10/15 | J | | |
| 456. Exelon Corp. | A | Dividend | | | Buy | 10/14/15 | J | | |
| 457. Exelon Corp. | | | | | Sold | 12/09/15 | | | |
| 458. AXA | A | Dividend | J | T | Buy (add'l) | 03/16/15 | J | | |
| 459. AXA | | | | | Sold (part) | 06/15/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 31 of 52

Name of Person Reporting

ROSS, ALLYNE R.

Date of Report

04/06/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 460. AXA | | | | | Sold (part) | 10/13/15 | J | A | |
| 461. AXA | | | | | Buy (add'l) | 11/30/15 | J | | |
| 462. Engie | | None | | | Buy | 01/23/15 | J | | |
| 463. Engie | | | | | Sold | 10/06/15 | J | | |
| 464. Gap | A | Dividend | J | T | Buy | 08/13/15 | J | | |
| 465. Gap | | | | | Buy (add'l) | 08/14/15 | J | | |
| 466. Gap | | | | | Sold (part) | 12/09/15 | J | | |
| 467. Glaxo SmithKline | | None | J | T | Buy | 10/13/15 | J | | |
| 468. Glaxo SmithKline | | | | | Buy (add'l) | 10/23/15 | J | | |
| 469. Glaxo SmithKline | | | | | Buy (add'l) | 12/09/15 | J | | |
| 470. ishares Russell 1000 Growth | A | Dividend | K | T | Buy | 11/09/15 | M | | |
| 471. ishares Russell 1000 Growth | | | | | Sold (part) | 12/10/15 | M | | |
| 472. ishares Russell 1000 Growth | | | | | Buy (add'l) | 12/28/15 | K | | |
| 473. ishares MSCI EAFE | B | Dividend | L | T | Buy | 11/11/15 | M | | |
| 474. ishares MSCI EAFE | | | | | Sold (part) | 12/11/15 | K | | |
| 475. Itau Unibanco | A | Dividend | J | T | Buy | 04/24/15 | J | | |
| 476. Itau Unibanco | | | | | Buy (add'l) | 05/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 32 of 52

Name of Person Reporting

ROSS, ALLYNE R.

Date of Report

04/06/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. Itau Unibanco | | | | | Buy (add'l) | 08/27/15 | J | | |
| 478. Itau Unibanco | | | | | Buy (add'l) | 12/11/15 | J | | |
| 479. Itau Unibanco | | | | | Sold (part) | 11/10/15 | J | | |
| 480. Itau Unibanco | | | | | Sold (part) | 12/31/15 | J | | |
| 481. American Express | A | Dividend | J | T | Sold (part) | 06/15/15 | J | A | |
| 482. American Express | | | | | Sold (part) | 10/29/15 | J | A | |
| 483. ASML Holding | | None | | | Sold | 01/07/14 | J | A | See Part VIII |
| 484. Australia & New Zealand Banking Group | A | Dividend | J | T | Sold (part) | 03/06/15 | J | A | |
| 485. Australia & New Zealand Banking Group | | | | | Sold (part) | 11/10/15 | J | | |
| 486. Australia & New Zealand Banking Group | | | | | Buy (add'l) | 12/11/15 | J | | |
| 487. National Grid PLC | A | Dividend | J | T | Buy | 03/18/15 | J | | |
| 488. National Grid PLC | | | | | Buy (add'l) | 03/24/15 | J | | |
| 489. National Grid PLC | | | | | Buy (add'l) | 06/25/15 | J | | |
| 490. National Grid PLC | | | | | Buy (add'l) | 09/27/15 | J | | |
| 491. Nissan Motor | A | Dividend | J | T | Buy | 06/22/15 | J | | |
| 492. Nissan Motor | | | | | Buy (add'l) | 06/24/15 | J | | |
| 493. Nissan Motor | | | | | Buy (add'l) | 07/13/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. Oracle Corp. | A | Dividend | J | T | Buy | 07/16/15 | J | | |
| 495. Oracle Corp. | | | | | Buy (add'l) | 08/28/15 | J | | |
| 496. Oracle Corp. | | | | | Buy (add'l) | 10/12/15 | J | | |
| 497. Quest Diagnostics | A | Dividend | J | T | Buy | 03/17/15 | J | | |
| 498. Quest Diagnostics | | | | | Buy (add'l) | 03/18/15 | J | | |
| 499. Quest Diagnostics | | | | | Buy (add'l) | 03/19/15 | J | | |
| 500. Quest Diagnostics | | | | | Buy (add'l) | 10/29/15 | J | | |
| 501. Quest Diagnostics | | | | | Sold (part) | 12/09/15 | J | | |
| 502. Barclays PLC | A | Dividend | | | Sold (part) | 11/10/15 | J | | |
| 503. Barclays PLC | | | | | Sold | 12/10/15 | J | | |
| 504. Reckitt BeneKiser | A | Dividend | | | Buy | 01/07/15 | J | | |
| 505. Reckitt BeneKiser | | | | | Sold (part) | 04/22/15 | J | A | |
| 506. Reckitt BeneKiser | | | | | Sold | 05/05/15 | J | A | |
| 507. Reynolds American | A | Dividend | J | T | Buy | 09/03/15 | J | | |
| 508. United Health Group | A | Dividend | K | T | Buy | 01/14/15 | J | | |
| 509. United Health Group | | | | | Buy (add'l) | 01/15/15 | J | | |
| 510. United Health Group | | | | | Buy (add'l) | 06/15/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/06/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. United Health Group | | | | | Sold (part) | 12/09/15 | J | | |
| 512. United Health Group | | | | | Sold (part) | 12/30/15 | J | A | |
| 513. Walmart Stores | A | Dividend | | | Buy | 03/10/15 | | | |
| 514. Walmart Stores | | | | | Sold | 04/22/15 | J | A | |
| 515. Vanguard Value ETF | B | Dividend | M | T | Buy | 12/10/15 | M | | |
| 516. Infineon Technologies | | None | J | T | Buy | 03/12/15 | J | | |
| 517. Infineon Technologies | | | | | Buy (add'l) | 04/21/15 | J | | |
| 518. Koninkluke Philips | | None | J | T | Buy | 10/19/15 | J | | |
| 519. Koninkluke Philips | | | | | Buy (add'l) | 10/23/15 | J | | |
| 520. Lloyds Banking Group | A | Dividend | J | T | Buy | 05/05/15 | J | | |
| 521. Lloyds Banking Group | | | | | Buy (add'l) | 05/12/15 | J | | |
| 522. Lloyds Banking Group | | | | | Buy (add'l) | 09/29/15 | J | | |
| 523. Lloyds Banking Group | | | | | Buy (add'l) | 08/14/15 | J | | |
| 524. Lloyds Banking Group | | | | | Sold (part) | 11/18/15 | J | | |
| 525. Lloyds Banking Group | | | | | Buy (add'l) | 12/11/15 | J | | |
| 526. Mobileye | | None | K | T | Buy | 02/02/15 | J | | |
| 527. Mobileye | | | | | Buy (add'l) | 02/03/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 52

Name of Person Reporting

ROSS, ALLYNE R.

Date of Report

04/06/2016

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. Mobileye | | | | | Buy (add'l) | 02/06/15 | J | | |
| 529. Mobileye | | | | | Buy (add'l) | 02/13/15 | J | | |
| 530. Mobileye | | | | | Buy (add'l) | 02/23/15 | J | | |
| 531. Mobileye | | | | | Buy (add'l) | 02/24/15 | J | | |
| 532. Mobileye | | | | | Sold (part) | 07/14/15 | J | B | |
| 533. Mobileye | | | | | Sold (part) | 07/22/15 | J | A | |
| 534. Mobileye | | | | | Buy (add'l) | 09/10/15 | J | | |
| 535. Mobileye | | | | | Sold (part) | 10/08/15 | J | A | |
| 536. Mobileye | | | | | Buy (add'l) | 11/12/15 | J | | |
| 537. Monster Beverage | None | K | T | | Buy | 02/27/15 | J | | |
| 538. Monster Beverage | | | | | Buy (add'l) | 03/11/15 | J | | |
| 539. Monster Beverage | | | | | Buy (add'l) | 03/25/15 | J | | |
| 540. Monster Beverage | | | | | Buy (add'l) | 05/08/15 | J | | |
| 541. Monster Beverage | | | | | Buy (add'l) | 05/27/15 | J | | |
| 542. Monster Beverage | | | | | Buy (add'l) | 06/03/15 | J | | |
| 543. Monster Beverage | | | | | Buy (add'l) | 08/12/15 | J | | |
| 544. Monster Beverage | | | | | Sold (part) | 10/08/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 04/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 545. Nokia | | None | J | T | Buy | 09/01/15 | J | | |
| 546. Nokia | | | | | Buy (add'l) | 09/09/15 | J | | |
| 547. Nokia | | | | | Buy (add'l) | 09/23/15 | J | | |
| 548. Nokia | | | | | Buy (add'l) | 10/14/15 | J | | |
| 549. Nordea Bank | | None | J | T | Buy | 11/20/15 | J | | |
| 550. Nordea Bank | | | | | Buy (add'l) | 11/24/15 | J | | |
| 551. Teva Pharmaceuticals | | None | J | T | Buy | 12/16/15 | J | | |
| 552. Unibail-Rodamco | A | Dividend | | | Buy | 01/20/15 | J | | |
| 553. Unibail-Rodamco | | | | | Buy (add'l) | 01/23/15 | J | | |
| 554. Unibail-Rodamco | | | | | Sold | 04/16/15 | J | | |
| 555. Bayer | A | Dividend | J | T | Sold (part) | 02/09/15 | J | B | |
| 556. Bayer | | | | | Sold (part) | 03/06/15 | J | A | |
| 557. Bayer | | | | | Sold (part) | 03/19/15 | J | A | |
| 558. Bayer | | | | | Sold (part) | 03/25/15 | J | A | |
| 559. Bayer | | | | | Sold (part) | 03/26/15 | J | A | |
| 560. Bayer | | | | | Sold (part) | 10/08/15 | J | A | |
| 561. Bayer | | | | | Buy (add'l) | 12/11/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

ROSS, ALLYNE R.

Date of Report

04/06/2016

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. BG Group | A | Dividend | J | T | Buy | 01/23/15 | J | | |
| 563. BG Group | | | | | Buy (add'l) | 02/05/15 | J | | |
| 564. BG Group | | | | | Sold (part) | 11/101/5 | J | | |
| 565. Under Armour | | None | J | T | Buy | 01/21/15 | J | | |
| 566. Under Armour | | | | | Buy (add'l) | 01/26/15 | J | | |
| 567. Under Armour | | | | | Buy (add'l) | 02/13/15 | J | | |
| 568. Under Armour | | | | | Sold (part) | 10/08/15 | J | A | |
| 569. BHP Billiton | A | Dividend | J | T | Sold (part) | 08/19/15 | J | | |
| 570. BHP Billiton | | | | | Sold (part) | 08/24/15 | J | | |
| 571. BNP Paribas | A | Dividend | J | T | Buy (add'l) | 01/23/15 | J | | |
| 572. BNP Paribas | | | | | Buy (add'l) | 02/06/16 | J | | |
| 573. Bristol Myers Squibb | A | Dividend | J | T | Sold (part) | 06/15/15 | J | A | |
| 574. Bristol Myers Squibb | | | | | Sold (part) | 06/16/15 | J | A | |
| 575. Bristol Myers Squibb | | | | | Sold (part) | 07/20/15 | J | B | |
| 576. Bristol Myers Squibb | | | | | Sold (part) | 08/07/15 | J | B | |
| 577. Bristol Myers Squibb | | | | | Sold (part) | 08/16/15 | J | B | |
| 578. Bristol Myers Squibb | | | | | Sold (part) | 09/10/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 579. Bristol Myers Squibb | | | | | Buy (add'l) | 10/12/15 | J | | |
| 580. British American Tobacco | A | Dividend | | | Buy | 01/23/15 | J | | |
| 581. British American Tobacco | | | | | Sold (part) | 12/10/15 | J | | |
| 582. Centrica | | None | J | T | Buy | 12/11/15 | J | | |
| 583. Coca Cola | A | Dividend | J | T | Buy (add'l) | 05/27/15 | J | | |
| 584. Coca Cola | | | | | Buy (add'l) | 10/12/15 | J | | |
| 585. Conoco Phillips | A | Dividend | J | T | | | | | |
| 586. Phillips 66 | A | Dividend | | | Sold | 05/29/15 | J | B | |
| 587. Deutsche Telekom | A | Dividend | | | Buy | 01/09/15 | J | | |
| 588. Deutsche Telekom | | | | | Sold | 08/14/15 | J | A | |
| 589. Diageo PLC | A | Dividend | J | T | Sold (part) | 05/27/15 | J | A | |
| 590. Dominion Resources | A | Dividend | J | T | Buy (add'l) | 10/12/15 | J | | |
| 591. Dominion Resources | | | | | Sold (part) | 12/09/15 | J | | |
| 592. Dupont | A | Dividend | K | T | Sold (part) | 05/22/15 | J | A | |
| 593. Dupont | | | | | Buy (add'l) | 10/12/15 | J | | |
| 594. Exxon Mobil | A | Dividend | J | T | Sold (part) | 03/05/15 | J | A | |
| 595. Exxon Mobil | | | | | Buy (add'l) | 07/24/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. Exxon Mobil | | | | | Buy (add'l) | 08/27/15 | J | A | |
| 597. Exxon Mobil | | | | | Buy (add'l) | 10/12/15 | J | | |
| 598. Exxon Mobil | | | | | Sold (part) | 12/09/15 | K | | |
| 599. GDF Suez | A | Dividend | J | T | Buy (add'l) | 01/23/15 | J | | |
| 600. GDF Suez | | | | | Sold (part) | 02/27/15 | J | | |
| 601. GDF Suez | | | | | Sold | 05/18/15 | J | | |
| 602. HSBC Holdings | | None | | | Sold (part) | 01/13/15 | J | A | |
| 603. HSBC Holdings | | | | | Sold | 01/20/15 | J | A | |
| 604. CK Hutchison (formerly Hutchison Whampoa) | A | Dividend | J | T | Buy (add'l) | 07/06/15 | J | | |
| 605. Hutchison Whampoa | | | | | Sold (part) | 11/10/15 | J | | |
| 606. Hutchison Whampoa | | | | | Buy (add'l) | 12/11/15 | J | | |
| 607. CMS Energy | A | Dividend | J | T | Buy | 03/17/15 | J | | |
| 608. CNOOC Ltd. | A | Dividend | J | T | Buy | 08/28/15 | J | | |
| 609. CNOOC Ltd. | | | | | Buy (add'l) | 09/29/15 | J | | |
| 610. CNOOC Ltd. | | | | | Buy (add'l) | 11/03/15 | J | | |
| 611. CNOOC Ltd. | | | | | Sold (part) | 11/10/15 | J | | |
| 612. CNOOC Ltd. | | | | | Sold (part) | 12/10/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. CVS | A | Dividend | K | T | Buy | 09/01/15 | J | | |
| 614. CVS | | | | | Buy (add'l) | 09/03/15 | J | | |
| 615. CVS | | | | | Buy (add'l) | 09/18/15 | J | | |
| 616. CVS | | | | | Sold (part) | 10/08/15 | J | A | |
| 617. CVS | | | | | Buy (add'l) | 10/30/15 | J | | |
| 618. CVS | | | | | Buy (add'l) | 12/18/15 | J | | |
| 619. Illumina Inc. | | None | K | T | Sold (part) | 07/15/15 | J | A | |
| 620. Illumina Inc. | | | | | Sold (part) | 07/21/15 | J | A | |
| 621. Illumina Inc. | | | | | Sold (part) | 10/08/15 | J | | |
| 622. Illumina Inc. | | | | | Sold (part) | 12/03/15 | J | A | |
| 623. ING | A | Dividend | J | T | Buy (add'l) | 01/23/15 | J | | |
| 624. ING | | | | | Buy (add'l) | 02/13/15 | J | | |
| 625. ING | | | | | Sold (part) | 04/30/15 | J | A | |
| 626. ING | | | | | Sold (part) | 12/15/15 | J | | |
| 627. Intercontinential Hotels | A | Dividend | J | T | Sold (part) | 11/26/15 | J | A | |
| 628. IBM | A | Dividend | J | T | Buy (add'l) | 01/26/15 | J | | |
| 629. IBM | | | | | Sold (part) | 06/15/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. IBM | | | | | Sold (part) | 08/07/15 | J | | |
| 631. IBM | | | | | Sold (part) | 12/09/15 | J | | |
| 632. McDonalds | A | Dividend | J | T | Sold (part) | 01/14/15 | J | A | |
| 633. McDonalds | | | | | Buy (add'l) | 10/12/15 | J | | |
| 634. Merck | A | Dividend | K | T | Buy (add'l) | 10/12/15 | J | | |
| 635. Nextera Energy | A | Dividend | J | T | Buy (add'l) | 10/12/15 | J | | |
| 636. Nippon Tel&Tel | A | Dividend | K | T | Buy | 01/23/15 | J | | |
| 637. Nippon Tel&Tel | | | | | Buy (add'l) | 02/10/15 | J | | |
| 638. Nippon Tel&Tel | | | | | Buy (add'l) | 07/06/15 | J | | |
| 639. Nippon Tel&Tel | | | | | Buy (add'l) | 08/25/15 | J | | |
| 640. Nestle | A | Dividend | J | T | Buy | 01/23/15 | J | | |
| 641. Nestle | | | | | Sold (part) | 03/25/15 | J | | |
| 642. Nestle | | | | | Sold (part) | 10/23/15 | J | | |
| 643. Nestle | | | | | Sold (part) | 11/10/15 | J | | |
| 644. Nestle | | | | | Buy (add'l) | 12/11/15 | | | |
| 645. Aviva | A | Dividend | J | T | Buy | 01/14/15 | J | | |
| 646. Aviva | | | | | Buy (add'l) | 01/23/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. Aviva | | | | | Buy (add'l) | 02/19/15 | J | | |
| 648. Aviva | | | | | Buy (add'l) | 07/23/15 | J | | |
| 649. Aviva | | | | | Sold (part) | 10/22/15 | J | | |
| 650. Aviva | | | | | Sold (part) | 10/29/15 | J | | |
| 651. Aviva | | | | | Sold (part) | 11/10/15 | J | | |
| 652. Aviva | | | | | Buy (add'l) | 12/11/15 | J | | |
| 653. Enel | A | Dividend | J | T | Buy | 01/23/15 | J | | |
| 654. Enel | | | | | Buy (add'l) | 02/27/15 | J | | |
| 655. Enel | | | | | Sold (part) | 12/10/15 | J | | |
| 656. Enel | | | | | Sold (part) | 12/31/15 | J | | |
| 657. Porsche | A | Dividend | | | Buy | 01/23/15 | J | | |
| 658. Porsche | | | | | Buy (add'l) | 02/06/15 | J | | |
| 659. Porsche | | | | | Buy (add'l) | 03/26/15 | J | | |
| 660. Porsche | | | | | Sold (part) | 07/30/15 | J | | |
| 661. Porsche | | | | | Sold | 08/27/15 | J | | |
| 662. Eversource Energy (formerly named Northeast Utilities) | A | Dividend | J | T | Sold (part) | 09/02/15 | J | A | |
| 663. Orix | A | Dividend | | | Sold | 07/31/15 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 664. Philip Morris | A | Dividend | J | T | Buy (add'l) | 01/26/15 | J | | |
| 665. Praxair | A | Dividend | J | T | Buy (add'l) | 10/12/15 | J | | |
| 666. Praxair | | | | | Sold (part) | 10/14/15 | J | | |
| 667. Praxair | | | | | Sold (part) | 10/29/15 | J | | |
| 668. Praxair | | | | | Sold (part) | 12/09/15 | J | | |
| 669. Precision Castparts | | None | | | Sold (part) | 01/10/15 | J | | |
| 670. Precision Castparts | | | | | Sold | 01/26/15 | J | | |
| 671. Prudential Financial | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |
| 672. Prudential Financial | | | | | Buy (add'l) | 09/23/15 | J | | |
| 673. Prudential Financial | | | | | Buy (add'l) | 10/27/15 | J | | |
| 674. Prudential PLC | A | Dividend | J | T | | | | | |
| 675. Public Service Enterprise Group | A | Dividend | J | T | Buy | 09/21/15 | J | | |
| 676. Public Service Enterprise Group | | | | | Sold (part) | 12/09/15 | J | | |
| 677. Roche Holding | A | Dividend | J | T | Buy (add'l) | 01/23/15 | J | | |
| 678. Roche Holding | | | | | Sold (part) | 11/10/15 | J | | |
| 679. Qualcomm | A | Dividend | J | T | Sold (part) | 01/29/15 | J | | |
| 680. Qualcomm | | | | | Sold (part) | 02/02/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 681. Qualcomm | | | | | Sold (part) | 02/06/15 | J | | |
| 682. Qualcomm | | | | | Sold (part) | 05/14/15 | J | A | |
| 683. Qualcomm | | | | | Sold (part) | 07/24/15 | J | | |
| 684. Qualcomm | | | | | Sold (part) | 08/07/15 | J | | |
| 685. Qualcomm | | | | | Sold (part) | 12/09/15 | J | | |
| 686. Repsol | B | Dividend | | | Buy (add'l) | 01/23/15 | J | | |
| 687. Repsol | | | | | Sold (part) | 08/31/15 | J | | |
| 688. Repsol | | | | | Sold (part) | 09/14/15 | J | | |
| 689. Rio Tinto | A | Dividend | J | T | Buy (add'l) | 01/23/15 | J | | |
| 690. Rio Tinto | | | | | Sold (part) | 04/22/15 | J | | |
| 691. Rio Tinto | | | | | Sold (part) | 04/30/15 | J | | |
| 692. Rio Tinto | | | | | Buy (add'l) | 09/11/15 | J | | |
| 693. Rio Tinto | | | | | Buy (add'l) | 10/07/15 | J | | |
| 694. Rio Tinto | | | | | Buy (add'l) | 10/08/15 | J | | |
| 695. Rio Tinto | | | | | Buy (add'l) | 10/14/15 | J | | |
| 696. Rio Tinto | | | | | Sold (part) | 11/10/15 | J | | |
| 697. Rio Tinto | | | | | Buy (add'l) | 12/11/15 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**    Name of Person Reporting    Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. Royal Dutch Shell | A | Dividend | J | T | Buy (add'l) | 01/23/15 | J | | |
| 699. Royal Dutch Shell | | | | | Sold (part) | 06/24/15 | J | | |
| 700. Royal Dutch Shell | | | | | Buy (add'l) | 11/04/15 | J | | |
| 701. Royal Dutch Shell | | | | | Buy (add'l) | 11/10/15 | J | | |
| 702. Royal Dutch Shell | | | | | Buy (add'l) | 12/11/15 | J | | |
| 703. Royal KPN | A | Dividend | J | T | Buy | 01/23/15 | J | | |
| 704. Salesforce.com | | None | K | T | Sold (part) | 05/07/15 | J | A | |
| 705. Salesforce.com | | | | | Sold (part) | 10/08/15 | J | B | |
| 706. Salesforce.com | | | | | Sold (part) | 10/29/15 | J | A | |
| 707. Sanofi | | None | | | Buy | 01/23/15 | J | | |
| 708. Sanofi | | | | | Sold | 03/25/15 | J | A | |
| 709. Schneider Electric | A | Dividend | | | Buy (add'l) | 01/23/15 | J | | |
| 710. Schneider Electric | | | | | Sold (part) | 04/27/15 | J | A | |
| 711. Schneider Electric | | | | | Sold | 05/22/15 | J | A | |
| 712. Sempra Energy | A | Dividend | | | Sold (part) | 10/14/15 | J | B | |
| 713. Sempra Energy | | | | | Sold | 10/15/15 | J | B | |
| 714. Sumitomo Mitsui Financial | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

ROSS, ALLYNE R.

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. Toronto Dominion Bank | A | Dividend | | | Sold | 01/14/15 | J | A | |
| 716. Total S./A. France | B | Dividend | J | T | Buy (add'l) | 01/23/15 | J | | |
| 717. Total S.A. France | | | | | Buy (add'l) | 01/26/15 | J | | |
| 718. Total S.A. France | | | | | Buy (add'l) | 04/30/15 | J | | |
| 719. Total S.A. France | | | | | Buy (add'l) | 06/24/15 | J | | |
| 720. Total S.A. France | | | | | Buy (add'l) | 08/27/15 | J | | |
| 721. Total S.A. France | | | | | Buy (add'l) | 10/09/15 | J | | |
| 722. Total S.A. France | | | | | Buy (add'l) | 10/12/15 | J | | |
| 723. Total S.A. France | | | | | Sold (part) | 11/10/15 | J | | |
| 724. Total S.A. France | | | | | Sold (part) | 12/19/15 | J | | |
| 725. Unilever | A | Dividend | J | T | | | | | |
| 726. United technologies | A | Dividend | J | T | Sold (part) | 08/13/15 | J | A | |
| 727. United Technologies | | | | | Sold (part) | 10/29/15 | J | A | |
| 728. Verizon Communciations | A | Dividend | J | T | Buy (add'l) | 01/26/15 | J | | |
| 729. Verizon Communciations | | | | | Sold (part) | 03/17/15 | J | A | |
| 730. Verizon Communciations | | | | | Buy (add'l) | 10/12/15 | J | | |
| 731. Verizon Communciations | | | | | Sold (part) | 12/09/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. VF Corp. | A | Dividend | | | Sold (part) | 01/14/15 | J | B | |
| 733. VF Corp. | | | | | Sold (part) | 05/28/15 | J | A | |
| 734. VF Corp. | | | | | Sold (part) | 06/15/15 | J | B | |
| 735. VF Corp. | | | | | Sold | 08/20/15 | J | | |
| 736. Walmart | A | Dividend | | | Sold | 04/22/15 | J | A | |
| 737. California Resources Corp. | | None | | | Sold | 01/07/15 | J | | |
| 738. LinkedIn Corp. | | None | K | T | Buy (add'l) | 05/05/15 | J | | |
| 739. LinkedIn Corp. | | | | | Buy (add'l) | 08/04/15 | J | | |
| 740. LinkedIn Corp. | | | | | Buy (add'l) | 08/21/15 | J | | |
| 741. LinkedIn Corp. | | | | | Sold (part) | 10/08/15 | J | | |
| 742. Weyerhauser Co. | A | Dividend | J | T | | | | | |
| 743. 3M Co. | A | Dividend | J | T | Sold (part) | 03/27/15 | J | B | |
| 744. ishares S & P Mid Cap 400 Index Fund | C | Dividend | | | Sold | 12/21/15 | N | | |
| 745. ishares S & P Small Cap 600 Index Fund | D | Dividend | M | T | | | | | |
| 746. JP Morgan International Value SMA Fund | C | Dividend | M | U | Sold (part) | 03/09/15 | J | A | |
| 747. JP Morgan International Value SMA Fund | | | | | Sold (part) | 04/01/15 | J | A | |
| 748. JP Morgan International Value SMA Fund | | | | | Buy (add'l) | 07/13/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT     Name of Person Reporting     Date of Report

ROSS, ALLYNE R.

04/06/2016

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. JP Morgan International Value SMA Fund | | | | | Buy (add'l) | 09/14/15 | J | | |
| 750. JP Morgan International Value SMA Fund | | | | | Buy (add'l) | 10/09/15 | J | | |
| 751. JP Morgan International Value SMA Fund | | | | | Sold (part) | 11/23/15 | J | | |
| 752. JP Morgan International Value SMA Fund | | | | | Sold (part) | 12/28/15 | J | A | |
| 753. JP Morgan International Value SMA Fund | | | | | Sold (part) | 12/10/15 | J | | |
| 754. JP Morgan International Value SMA Fund | | | | | Sold (part) | 12/14/15 | J | | |
| 755. JP Morgan International Value SMA Fund | | | | | Sold (part) | 12/16/15 | J | | |
| 756. Japan Tobacco | A | Dividend | | | Buy (add'l) | 04/22/15 | J | A | |
| 757. Japan Tobacco | | | | | Buy (add'l) | 04/23/15 | J | A | |
| 758. Japan Tobacco | | | | | Sold (part) | 09/29/15 | J | | |
| 759. Japan Tobacco | | | | | Sold | 11/10/15 | | | |
| 760. Oppenheimer Developing Markets Fund | B | Dividend | L | U | Sold (part) | 07/14/15 | M | | |
| 761. New York Thruway Bond mat 4/16 | B | Interest | L | T | | | | | |
| 762. New York Thruway Bond mat. 1/22 | C | Interest | L | T | | | | | |
| 763. Hempstead NY Bond | B | Interest | L | T | | | | | |
| 764. NY State Dormitory Authority Bond mat. 7/19 | C | Interest | L | T | | | | | |
| 765. NY State Dormitory Bond mat. 2/20 | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

ROSS, ALLYNE R.

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. Nassau County Bond mat. 11/16 | C | Interest | L | T | | | | | |
| 767. NY State Environmental Bond | B | Interest | L | T | | | | | |
| 768. Bay Shore NY Union Free School District | B | Interest | L | T | | | | | |
| 769. Erie County NY Bond | B | Interest | L | T | | | | | |
| 770. Arlington NY Cent School Bond matures 5/15/15 | B | Interest | | | Redeemed | 05/15/15 | L | | |
| 771. Buffalo NY Bond matures 9/16 | B | Interest | K | T | | | | | |
| 772. NYC Muni WTR in Authority Bond (No.1) | C | Interest | L | T | | | | | |
| 773. Massachusetts Bond | C | Interest | L | T | | | | | |
| 774. Metropolitan Transit Authority Bond | C | Interest | L | T | | | | | |
| 775. NY Municipal Water Authority Bond (No. 2) | A | Interest | J | T | | | | | |
| 776. Dormitory Auth of NY Bond mat. 10/21 | B | Interest | K | T | | | | | |
| 777. Wallkill NY Cent Sch matures 6/15/15 | B | Interest | | | Redeemed | 06/15/15 | | | |
| 778. Triborough Bridge & Tunnel Authority Bonds (2) | C | Interest | L | T | | | | | |
| 779. 34th Street Partnership Bond | C | Interest | L | T | | | | | |
| 780. Tampa Florida Bond | C | Interest | L | T | | | | | |
| 781. Millbrook Golf & Tennis | C | Interest | L | T | | | | | |
| 782. NYC Transit Finance Authority Future | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

ROSS, ALLYNE R.

04/06/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. Indiana Bond | C | Interest | L | T | | | | | |
| 784. Shenenoehowa NY Bond | B | Interest | K | T | Buy | 09/02/15 | K | | |
| 785. NYC Transit Bond mat. 7/28 | C | Interest | L | T | Buy | 01/15/15 | L | | |
| 786. Binghamton NY Board | C | Interest | L | T | Buy | 06/17/15 | L | | |
| 787. Chicago O'Hare Airport Bond | | None | K | T | Buy | 10/08/15 | K | | |
| 788. | | | | | | | | | |
| 789. | | | | | | | | | |
| 790. | | | | | | | | | |
| 791. | | | | | | | | | |
| 792. | | | | | | | | | |
| 793. | | | | | | | | | |
| 794. | | | | | | | | | |
| 795. | | | | | | | | | |
| 796. | | | | | | | | | |
| 797. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

Name of Person Reporting

**ROSS, ALLYNE R.**

Date of Report

04/06/2016

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, p.7, l. 54 (Medtronic) -- purchase omitted from year's report due to inadvertence.

Part VII, p.18, l. 252  Equinox -- mispelled on last year's report as Equinox.

Part VII, p.24, l. 343 Google's name was changed to Alphabet on 10/20/15.

Part VII, p.24, l. 350 ENI SPA was mistakenly reported as part sold on 12/2/14. In fact it was sold on that date.

Part VII, p.26, l. 390 (Kinder Morgan) --This asset was mistakenly reported last year as part sold 11/18/15.  In fact all of it was sold on that date, at the value code and gain code indicated.

Part VII, p.32, l. 479 (ASML) -- Mistakenly reported as part sold on last year's reort.  In fact was sold on the date, value and gain code indicated on that report.

Part VII, p. 8, l. 81 (Teva) -- Inadvertently omitted from last year's report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ALLYNE R. ROSS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544